UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD CHARLES, RICHARD FOSTER ERICA DARBY and MARK BIRDEN | * * * | CIVIL ACTION |
| VERSUS | * * | NO.: |
| WILEY SANDERS TRUCK LINES INC., HUDSON INSURANCE CO. and KENNETH OWENS | * * * * * | JUDGE: MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Petitioners, DONALD CHARLES, RICHARD FOSTER, ERICA DARBY and MARK BIRDEN, all persons of the full age of majority and residents of the State of Louisiana, through undersigned counsel, respectfully state:

1.

The Court has jurisdiction over this case pursuant to 28 U.S.C. 1332 due to the complete diversity of the parties and the amount sought by each petitioner exceeds the jurisdictional requirement.

2.

Venue is proper in this Court under 28 U.S.C 1391 (b)(2) because the accident occurred in Orleans Parish.

3.

Made defendants herein are:

  A.  WILEY SANDERS TRUCK LINES INC., a foreign corporation doing business within the Parish of Orleans, State of Louisiana;

B.    HUDSON INSURANCE COMPANY, an insurer licensed to do and doing business within the State of Louisiana;

C.    KENNETH OWENS, a resident and domiciliary of the full age of majority of Archer, Florida.

4.

On or about October 1, 2017, petitioner, DONALD CHARLES, was the owner and operator of a 2012 Chevrolet Malibu automobile, with petitioners, RICHARD FOSTER, ERICA DARBY and MARK BIRDEN, as guest passengers, on I-10W in Orleans Parish, Louisiana, when suddenly and without warning, a 2016 KW Tractor Trailer, owned by WILEY SANDERS TRUCK LINES INC. and operated by KENNETH OWENS, struck petitioners' vehicle, causing serious personal injury to petitioners.

5.

The above described collision resulted from the fault and/or negligence of KENNETH OWENS in the following non-exclusive particulars:

A.    In failing to act with reasonable vigilance;

B.    In failing to maintain a proper lookout;

C.    In failing to maintain control of the vehicle;

D.    In operating the vehicle in a reckless and unsafe manner;

E.    In operating the vehicle in violation of state and municipal traffic control regulations;

F.    In otherwise failing to control the operation of the vehicle in a proper manner so as to avoid the collision; and

G.    Other acts of fault and/or negligence which may be discovered prior to the trial of this matter.

6.

As a result of the above described collision, petitioners sustained serious and permanent physical injuries which have resulted in past, present and future mental and physical pain and suffering, disability, loss of enjoyment of life, loss of insurability and loss of earnings capacity, and has necessitated medical expenses, past and future, all of which entitle petitioners to recovery of sums reasonable in the premises.

7.

At all times pertinent herein, KENNETH OWENS was an employee and/or agent of WILEY SANDERS TRUCK LINES INC. in the course and scope of said employment and/or agency and said WILEY SANDERS TRUCK LINES INC. is vicariously liable for his negligence.

8.

At all times pertinent herein, HUDSON INSURANCE COMPANY had in full force and effect a policy of liability insurance insuring WILEY SANDERS TRUCK LINES INC. and KENNETH OWENS for the cause of action asserted herein, and petitioners bring this action against HUDSON INSURANCE COMPANY under the terms and provisions of the Louisiana Direct Action Statute.

WHEREFORE petitioners pray that a certified copy of this petition be served upon defendants and that after due proceedings had, there be judgment rendered herein in favor of DONALD CHARLES, RICHARD FOSTER, ERICA DARBY and MARK BIRDEN, and against WILEY SANDERS TRUCK LINES INC., HUDSON INSURANCE COMPANY and KENNETH OWENS, jointly, severally and in solido, in an amount reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings and all other just and equitable relief.

Respectfully submitted,

CHRISTINE REITANO (22142)
REITANO LAW GROUP
935 Gravier St., Ste. 1910
New Orleans, LA 70112
reitanolawgroup@gmail.com
Ph. (504) 383-7833
Fx. (504) 585-1789

By: *Christie Reitano*
CHRISTINE REITANO
Bar Number 22142


LIONEL H. SUTTON III (20386)
SUTTON LAW FIRM
935 Gravier St., Ste. 1910
New Orleans, LA 70112
LSutton@suttonlaw.us
Ph. (504) 592-3230
Fx. (504) 585-1789