IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD CHARLES, RICHARD FOSTER, ERICA DARBY, and MARK BIRDEN | * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 2:18-cv-08907 |
| VERSUS | * * | SECTION: |
| NORRIS SCOTT, NORSHA TRANSPORT, LLC, and OOIDA RISK RETENTION GROUP, INC | * * * * | JUDGE: Vance MAGISTRATE: Meerveld |
| Defendants | * | |

*****************************************************************************

**MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFFS**

NOW BEFORE THE COURT comes Plaintiffs DONALD CHARLES, RICHARD FOSTER, ERICA DARBY, and MARK BIRDEN, and move as follows:

1.

Plaintiffs are presently represented in this matter by attorneys, Lionel Sutton and Christine Reitano. Plaintiffs wish to allow one of their present counselors, Lionel Sutton, to withdraw and to substitute Mr. Brian A. Pena to act as counsel with Christine Reitano.

2.

Plaintiff therefore moves to substitute counsel, relieving attorney Lionel Sutton and enrolling attorney Brian A. Pena with Christine Reitano.

3.

Mr. Pena has participated in this matter and is fully familiar with these proceedings, and his substitution as counsel for the Plaintiffs will not delay these proceedings or prejudice any party.

WHEREFORE PLAINTIFF PRAYS that this Honorable Court grant his motion to substitute counsel, allowing attorney Brian A. Pena to enroll as counsel with Christine Reitano for the Plaintiffs, and allowing attorney Lionel Sutton to withdraw as his counsel in this matter.

**Respectfully Submitted,**

| | |
|---|---|
| BY: /s/ Brian A. Pena | BY: /s/ Lionel Sutton |
| **Brian A. Pena (#35953)** | **Lionel H. Sutton (#20386)** |
| ANDERSON PENA, LLC | SUTTON LAW FIRM |
| 4833 Conti Street Ste. 107 | 935 Gravier St., Ste. 1910 |
| New Orleans, LA 70119 | New Orleans, LA 70112 |
| Telephone: (504) 457-8508 | Telephone: (504) 592-3230 |
| Facsimile: (504) 267-4687 | Facsimile: (504) 585-1789 |
| Email:brian@andersonpena.com | |

BY: /s/ Christine Reitano
**Christine Reitano (#22142)**
REITANO LAW GROUP
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Telephone: (504) 383-7833
Facsimile: (504) 585-1789

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the court's Electronic Filing System, this 12th day of November, 2018.

/s/ Brian A. Pena