UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD CHARLES, RICHARD FOSTER, ERICA DARBY and MARK BIRDEN | * * * | CIVIL DOCKET NO: 18-CV-08907 |
| VERSUS | * * * | JUDGE: GREG GERARD GUIDRY |
| WILEY SANDERS TRUCK LINES INC., HUDSON INSURANCE CO., and KENNETH OWENS | * * * | MAG. JUDGE: JANIS VAN MEERVELD |

## ORDER

Considering Defendants' Motion for Expedited Consideration on the Motion for Stay (R. Doc. 14) which Plaintiffs do not object to the grant of a stay and/or continuance, and finding that a hearing is necessary on the same and sufficient cause has been shown for an expedited hearing prior to the trial deposition cut-off date of December 17, 2019,

**IT IS ORDERED** that the Motion for Expedited Consideration is GRANTED.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

1803896.1