UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD CHARLES, RICHARD FOSTER, ERICA DARBY and MARK BIRDEN | * CIVIL DOCKET NO: 18-CV-08907 |
| VERSUS | * JUDGE: GREG GERARD GUIDRY |
| WILEY SANDERS TRUCK LINES INC., HUDSON INSURANCE CO., and KENNETH OWENS | * MAG. JUDGE: JANIS VAN MEERVELD |

## ORDER

This Court has received reliable information that there is an ongoing criminal investigation by the U.S. Attorney's Office that may involve this proceeding and/or witnesses or counsel to the proceeding.

"In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interests of the defendants; 5) the interests of the court; and 6) the public interest."[1]

The Court finds that it is in the best interest of the parties, the court, and the public to stay this proceeding pending the conclusion of this criminal investigation.[2] This stay will protect plaintiffs from any risks associated with testifying in this proceeding while this criminal investigation is pending. This stay is also in defendants' interests, because proceeding to trial before the criminal investigation concludes could result in certain witnesses invoking their Fifth Amendment privilege.

---

[1] *Dolan v. Parish of St. Tammany*, No. 12-2911, 2013 WL 3270616, at 6 (E.D. La June 26, 2013). Case 2:19-cv-09978-SM-JCW Document 13 filed 06/03/19 Page 1 of 2.

[2] Orders staying similar cases have been issued by Judge Carl J. Barbier (*Demetra Henderson-Burkhalter, et al v. National Union Fire Ins. Co., et al.*, 18-cv-928 at R. Doc. 135); Judge Martin L.C. Feldman (*Lynisha Reff, et al v. Werner Enterprises, Inc., et al.*, 19-cv-8350 at R. Doc. 106); Judge Susie Morgan (*Consuela Lee, et al v. Sentry Casualty Co., et al.*, 19-cv-9978 at R. Doc. 13); Judge Sara Vance (*Kierra Thomas, et al v. Randall Chambers, et al.*, 18-cv-4373 at R. Doc. 220); Judge Lance Alfrick (*Harry Dorsey, et al v. Courtney Jamair, et al.*, 18-cv-6603 at R. Doc. 162); and Judge Ivan Lemelle (*Dmitri Frazier, et al v. Robert L. Runnels, et al.*, 18-cv-2340 at R. Doc. 111).

This stay applies to all aspects of this litigation, including any pending motions currently before Magistrate Judge Janis Van Meerveld. The matter may be reopened upon the motion of either party demonstrating that the criminal investigation has concluded, at which time a new scheduling order and trial date will be set. Finally, plaintiffs are advised that they should obtain independent legal advice concerning any risks they may face in continuing with this litigation.

Accordingly;

IT IS ORDERED that the above-captioned case is STAYED and administratively closed, and all cut-off dates and the trial date in this matter are hereby continued without date.

IT IS FURTHER ORDERED that all motions pending before the undersigned and U.S. Magistrate Judge Janis Van Meerveld are DISMISSED WITHOUT PREJUDICE, reserving to the parties the right to reurge any motions when the above-captioned matter is reopened.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**