UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD CHARLES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-8907** |
| **WILEY SANDERS TRUCK LINES, INC., ET AL** | **SECTION: "T" (1)** |

### ORDER

This Court Stayed proceedings and administratively closed this captioned matter on November 21, 2019, pending outcome of the ongoing criminal investigation by the U.S. Attorneys' Office that may involve this proceeding and/or witnesses or counsel to the proceeding (R. Doc. 18). Accordingly,

**IT IS ORDERED**, that defendants provide this Court with the status of the U.S. Attorney's investigation within the next 7 days of the issuance of this Order. The defendants will then provide a status report to this Court every 120 days. Said reports should be timely filed into the record until which time the parties seek to reopen this action either when the criminal investigation has concluded or when good cause exists therefor.

New Orleans, Louisiana, this 11th day of May, 2022.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**